NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0013


JOHN GREGORY BASS AND RACHEL LYNN BASS

VERSUS

DERRELL A. MEYERS, JR., D/B/A MEYERS CONSTRUCTION, ET AL.


************

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 53,809,
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy H. Ezell, Judges.

**AFFIRMED.**

William D. Dyess
Attorney at law
Post Office Drawer 420
Many, LA  71449
(318) 256-5667
COUNSEL FOR PLAINTIFFS/APPELLEES:
    John Gregory Bass
    Rachel Lynn Bass

DeWitt T. Methvin, Jr.
Gist, Methvin
Post Office Box 1871
Alexandria, LA  71309
(318) 448-1632
COUNSEL FOR DEFENDANT/APPELLANT:

**State Farm Fire & Casualty Company**